Martha J. Simon (CA State Bar No. 98251)
LAW OFFICES OF MARTHA J. SIMON
155 Montgomery Street · Suite 1004
San Francisco · California · 94104
Telephone · 415 · 434 · 1888
Facsimile · 415 · 434 · 1880
email · mjs@mjsimonlaw.com

Attorneys for Debtor
Carol Seajay

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re ) Case No. 11-31840
)
) Chapter 13
CAROL Seajay )
) CERTIFICATE OF SERVICE
)
Debtor )
_____)

I, KIMBERLY CAMP-NIELSON, declare as follows:

I am a citizen of the United States of America, over the age of 18 years and not a party to the within action. My business address is 155 Montgomery Street, Suite 1004, San Francisco, California 94104.

On this date, I caused to be served the following:

NOTICE OF MOTION TO VALUE COLLATERAL, TO AVOID LIEN AND TO CANCEL DEED OF TRUST OF WELLS FARGO BANK, N.A.

MOTION TO VALUE COLLATERAL, TO AVOID LIEN AND TO CANCEL DEED OF TRUST OF WELLS FARGO BANK, N.A.

DECLARATION IN SUPPORT OF MOTION TO VALUE COLLATERAL, TO AVOID LIEN AND TO CANCEL DEED OF TRUST OF WELLS FARGO BANK, N.A.

Via Certified Mail (from the FDIC directory) to:     Wells Fargo bank, N.A.
Headquarters
ATTENTION: Officer
101 N. Phillips Avenue
Sioux Falls, South Dakota 57104

and by U.S. Mail address to:     See attached Mailing Matrix

I placed a true and correct copy of the above documents in sealed envelopes with postage fully pre-paid and deposited in the United States mail in the normal course of business. I am readily familiar with the office procedure for depositing of mail and if called upon, would and could competently testify thereto.

Electronic notice of filing via Court's ECF to:

| | |
|---|---|
| David Burchard | TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 th day of May, 2011, at San Francisco, California

/s/ Kimberly Camp-Nielson
Kimberly Camp-Nielson

Label Matrix for local noticing
0971-3
Case 11-31840
Northern District of California
San Francisco
Tue May 17 13:20:18 PDT 2011

Bank of America
Bankruptcy Dept NC4-105-03-14
P O Box 26012
Greensboro NC 27420-6012

Chase Credit Cards
ATTN Bankruptcy Dept
P O Box 15298
Wilmington DE 19850-5298

CollectCorp Corporation
455 North 3rd St  Suite 260
Phoenix AZ 85004-0630

Dept of Education
P O Box 740283
Atlanta GA 30374-0283

GC Services LP
P O Box 77253
Houston TX 77253

Harlan M Reese Esq
Reese Law Group
6725 Mesa Ridge Rd  Ste 240
San Diego CA 92121-2925

NCB Management Services
P O Box 1099
Langhorne PA 19047-6099

Nelnet
Education Planning & Financing
P O Box 82561
Lincoln NE 68501-2561

Sears
Payment Center
P O Box 6563
The Lakes NV 88901-6563

State of California FTB
Bankruptcy Department
P O Box 2952
Sacramento CA 95812-2952

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

US Bank
P O Box 790084
Knoxville TN 37920

United Collection Bureau
P O Box 1418
Maumee OH 43537-8418

Wells Fargo Bankruptcy Dept
P O Box 3908
Portland OR 97208-3908

Wells Fargo Card Services
c/o Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210